**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1780**

QUINTIN T. VASCIANNIE,

　　　　　Plaintiff – Appellant,

　　　v.

TIDEWATER SKANSKA, INCORPORATED; SKANSKA USA CIVIL
SOUTHEAST, INCORPORATED; SKANSKA USA CIVIL, INCORPORATED,

　　　　　Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.　Leonie M. Brinkema,
District Judge. (1:07-cv-01027-LMB-TCB)

Submitted: April 16, 2009　　　　Decided: April 20, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zachary A. Kitts, COOK & KITTS, PLLC, Fairfax, Virginia, for
Appellant.　A. W. VanderMeer, Jr., Jeff W. Rosen, PENDER &
COWARD, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quintin T. Vasciannie appeals the district court's order granting summary judgment on his 42 U.S.C. § 1981 (2006) claim and his 42 U.S.C. §§ 2000e to 2000e-17 (2000) claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Vasciannie v. Tidewater Skanska, Inc., No. 1:07-01027-LMB-TCB (E.D. Va. filed June 6, 2008; entered June 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED